# BLAKE J. RUBIN
### ATTORNEY AT LAW
285 Main Street
Worcester, MA  01608
Tel (508) 791-8585
Fax (508) 753-7564
Email: blake.rubin.law@gmail.com

December 22, 2016

By E-Mail/filed with CM/ECF
John Capin
Assistant U.S. Attorney
1 Courthouse Way Suite 9200
Boston, MA  02210

**RE:   United States v. HAZRAT KHAN**
**Indictment Number:  16-CR-10238-IT**
**Defendant's Second Discovery Request**

Dear AUSA Capin:

Please consider this a formal request for copies of any and all discovery in the above captioned matter.

To date, on or about 10/14/16, I received correspondence from you and a DVD which contained discovery.  I have reviewed the contents of the DVD and am confident that there is a significant amount of discovery outstanding that I have yet to receive.

Pursuant to F.R.Crim.P.16 (a)(1)(E), on behalf of the Defendant, I request copies of any and all documents and tangible objects within the possession, custody or control of the government, and which are material to the preparation of the defendant's defense or are intended for use by the Government as evidence in chief at the trial of this case, or were obtained from or belong to the defendant.

This request includes the following specific documents/tangible objects:

**Tax documents/alleged Tax loss calculation:**

For the time period referenced in the instant Indictment (December 2008 – January 2013) for NY Fried Chicken Inc., that conducted business as New York Fried Chicken at 1251 River Street, Hyde Park, MA ("NYFC"):

1

a. Any and all documents related to the calculation of any alleged tax loss to the Government, including payroll taxes (Social Security and Medicare Taxes) and corporate income taxes (federal income tax obligations of the two corporations) for NYFC during the relevant time period;

b. Any and all documents related to alleged false information allegedly reported on IRS Forms: 940. 941 and 1120 for NYFC during the relevant time period;

I thank you in advance for your cooperation with this request. If there are certain items that you object to production, please inform me at your earliest convenience so I may file a motion with the court.  Please call me with any questions or concerns at the number above or on my cell at 508-713-2223.

Very truly yours,

Blake J. Rubin

I, Blake J. Rubin, attorney for the defendant, hereby certify that the above document was filed through the ECF system and will be sent electronically to the registered participants as identified in the Notice of Filing (NEF).

/s/ Blake J. Rubin
Blake J. Rubin
285 Main Street
Worcester, MA 01608
(BBO # 630777)
(T) 508.791.8585
(F) 508.753.7564
Blake.rubin.law@gmail.com

Dated: December 22, 2016