# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAZRAT KHALID KHAN,<br><br>    Defendant. | Criminal No. 16-CR-10238-IT |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned Assistant United States Attorney respectfully requests leave to withdraw his appearance in the above-captioned matter.  In support of this request, the undersigned states as follows:

1. The undersigned has resigned his position as an Assistant United States Attorney, effective February 15, 2017, and will be returning to private practice.

2. The United States will continue to be represented in this matter by Assistant United States Attorney John Capin.

WHEREFORE, the undersigned respectfully requests that the Court ALLOW this motion.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By:    */s/ Eric P. Christofferson*
       ERIC P. CHRISTOFFERSON
       Assistant U.S. Attorney

Dated: February 14, 2017

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                       */s/ Eric P. Christofferson*
                                                       ERIC P. CHRISTOFFERSON

Dated: February 14, 2017